# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| **TRICIA LIPSCOMB**, individually and on behalf of all others similarly situated,  )<br>)<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>**GIORGIO ARMANI CORPORATION,**   )<br>)<br>Defendant.   ) | Case No. 1:22-cv-1039 |

## DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff Tricia Lipscomb ("Plaintiff") and pursuant to Fed.R.Civ.P 41(a)(1)(A)(i) hereby dismisses this matter without prejudice.

Dated: April 11, 2022

Respectfully Submitted,

/s/ *Brendan Donelon*
One of Plaintiff's Attorneys

Brendan Donelon
DONELON, P.C.
4600 Madison Avenue
Kansas City, Missouri 64112
Tel: (816) 221-7100
Fax: (816) 709-1044
brendan@donelonpc.com

Daniel W. Craig
DONELON, P.C.
6642 Clayton Rd., #320
St. Louis, Missouri 63117
Tel: (314) 297-8385
Fax: (816) 709-1044
dan@donelonpc.com

Thomas M. Ryan,
LAW OFFICE OF THOMAS M. RYAN, P.C.
35 E. Wacker Drive, Suite 650
Chicago, IL 60610
Tel: (312) 726-3400
Fax: (312) 782-4519
tom@tomryanlaw.com

Certificate of Service

      Plaintiff hereby certifies that a true and correct copy of the foregoing was sent to all counsel of record on this Court's CM/ECF system,

*/s/ Brendan J. Donelon*
Counsel for Plaintiff